ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
     Social Security Administration
     Program Litigation 1
     Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4818
     Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:25-cv-01272-SKO<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

     Defendant respectfully moves for an extension of three (3) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of May 26, 2026 to the new date of May 29, 2026.  Plaintiff's counsel was contacted and indicated their willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

     Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel will likely be out of the office for most of May 26, 2026 due to unexpected

Stipulated Motion for Extension of Time

1

circumstances.  Given competing workload requirements including other merits briefs being due an extension until May 29, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: May 22, 2026          By:    *s/ Oscar Gonzalez de Llano*
                                   OSCAR GONZALEZ DE LLANO
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant


Respectfully submitted,

Pena and Bromberg, PC

DATE: May 22, 2026          By:    *s/ Jonathan Omar Pena*
                                   Jonathan Omar Pena
                                   Attorney for Plaintiff
                                   (*as authorized by email)

ORDER

Pursuant to Defendant's Unopposed Motion (Doc. 16), IT IS SO ORDERED that Defendant shall have an extension, up to and including **May 29, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other deadlines set forth in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:    **May 26, 2026**                      /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE